**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN K. GALLION,<br><br>           Plaintiff,<br><br>    v.<br><br>AMERICA'S WHOLESALE LENDER, et al.,<br><br>           Defendants. | Case No. EDCV 10-00307 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 31, 2010

                                                VIRGINIA A. PHILLIPS
                                                United States District Judge